UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| HELENA GERMAIN, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIO'S AIR CONDITIONING AND HEATING, INC., SEHS HVAC MARIOS LLC, AND WHITWILD MANAGEMENT, LLC,<br><br>　　　　Defendants._____/ | Case No.: 8:23-cv-00671-TPB-CPT<br><br>District Judge:　　Hon. Thomas P. Barber<br><br>Magistrate Judge: Hon. Christopher P. Tuite |

**NOTICE OF SETTLEMENT**

　　　　NOTICE IS HEREBY GIVEN that the dispute between plaintiff HELENA GERMAIN ("Plaintiff") and defendants SEHS HVAC MARIOS LLC, AND WHITWILD MANAGEMENT, LLC ("Defendants") (or all jointly as the "Parties") has been resolved on an individual basis with a settlement in principle. The Parties anticipate filing a Joint Stipulation to Dismiss the Plaintiff's claims with prejudice and the putative class's claims without prejudice as to all defendants within sixty (60) days. The Parties request the Court vacate all pending deadlines and hearings.

///

///

///

1

2

|  |  |
|---|---|
| Dated: September 8, 2025 | Respectfully submitted,<br><br>By: /s/ Ryan L. McBride<br>Ryan L. McBride.<br>Trial Counsel for Plaintiff |
| Zachary Z. Zermay, Esq.<br>Florida State Bar No. 1002905<br>**Zermay Law, P.A**<br>1200 Fourth Street, #1102<br>Key West, FL 33040<br>Telephone: (305) 209-2504<br>zach@zermaylaw.com | Ryan L. McBride<br>Florida State Bar No. 1010101<br>**Kazerouni Law Group, APC**<br>2221 Camino Del Rio S., #101<br>San Diego, CA 92108<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>ryan@kazlg.com |